IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01884-MSK-MJW

JAY ROOF, individually and on behalf of all others similarly situated.,

    Plaintiff,

v.

MEDTRONIC, INC.,

    Defendant.

_____

**ORDER GRANTING, IN PART, JOINT MOTION TO STAY PROCEEDINGS**
_____

THIS MATTER having come before the Court on the parties' Joint Motion to Stay Proceedings Pending Transfer to the Judicial Panel on Multi-District Litigation **(#31)**.

The Motion is **GRANTED IN PART**.  This action shall be **STAYED** in all respects for 30 days from the date of this Order, pending receipt of an Conditional Order of Transfer from the United States District Court for the District of Minnesota pursuant to JPML Rule 7.4(a).  Upon receipt of such an Order, the stay shall remain in effect until further notice.  Should no such Order be received by this Court within the 30-day period, the stay herein shall automatically lift without further Order, and all pending deadlines shall be revived as initially set.  Any deadlines that passed during the period of the stay shall be complied with within 10 days of the lifting of the stay.

Should the parties wish to continue the stay beyond 30 days, future motions to extend the stay shall indicate the efforts made by the parties to obtain a Conditional Order of Transfer from the District Court in Minnesota.

Dated this 21st day of December, 2005

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge