**A CERTIFIED TRUE COPY**

JAN 2 3 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 2 2006

GREGORY C. LANGHAM
CLERK

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1726

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE MEDTRONIC, INC., IMPLANTABLE DEFIBRILLATORS PRODUCTS LIABILITY LITIGATION

*Dorothy S. Macchio v. Medtronic, Inc.*, C.D. California, C.A. No. 2:05-7665
*Jay Roof v. Medtronic, Inc.*, D. Colorado, C.A. No. 1:05-1884   05-CV-01884-MSK-MJW
*Rudolph Palenski v. Medtronic, Inc.*, N.D. Georgia, C.A. No. 1:05-2702
*David Rodriguez v. Medtronic, Inc., et al.*, E.D. New York, C.A. No. 2:05-5385

### CONDITIONAL TRANSFER ORDER (CTO-2)

On December 7, 2005, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable James M. Rosenbaum.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Rosenbaum.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of December 7, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable James M. Rosenbaum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN 2 3 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A true printed copy in ___1___ sheet(s) of the electronic record filed on 1-27-06 in the United States District Court for the District of Minnesota.
CERTIFIED, 1-30-06 ___, 20___.
RICHARD D. SLETTEN
BY: ___ Deputy Clerk

SCANNED
JAN 27 2006

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel